**Thomas P. GATES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3292.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2005.

Thomas P. Gates, pro se.

**ORDER**

Petitioner having paid the initial docketing fee, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.